IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : CRIMINAL NO. 1:CR-98-056
:
**v.** :
:
**PAUL N. LITTLES** :

## **M E M O R A N D U M**

Before the court is a document filed by the captioned Defendant entitled "Motion For Relief From Void Judgment Supporting Memorandum of Points and Authorities." On September 4, 2001, Defendant filed a motion to vacate judgment pursuant to 28 U.S.C. § 2255. That motion was denied on November 7, 2001. His appeal was denied on June 3, 2003. On January 20, 2006, Defendant filed another petition pursuant to 28 U.S.C. § 2255. That motion was denied on January 27, 2006. The Third Circuit Court of Appeals denied Defendant's request to file a second or successive § 2255 motion on July 7, 2008.

The current petition is filed pursuant to Federal Rule of Civil Procedure 60(b)(4). Defendant claims the judgments entered pursuant to 28 U.S.C. § 2255 are void because the court did not address a *Batson*[1] claim. However, the Third Circuit Court of Appeals, in a memorandum opinion filed on January 14, 2000 to No. 99-7044, addressed this issue and found there was no *Batson* violation (*see id.* at pp. 3-4).

---

[1] *Batson v. Kentucky*, 476 U.S. 79 (1986).

Defendant's present motion is frivolous. An appropriate order will be issued.

                                                     s/Sylvia H. Rambo
                                                     United States District Judge

Dated: January 27, 2011.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : **CRIMINAL NO. 1:CR-98-056**
:
**v.** :
:
**PAUL N. LITTLES** :

# <u>O R D E R</u>

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1) The motion filed pursuant to Federal Rule of Civil Procedure 60(b)(4) is dismissed with prejudice.

2) Any appeal from this order will be deemed frivolous and not taken in good faith.

                                                  s/Sylvia H. Rambo
                                                  United States District Judge

Dated: January 27, 2011.