IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:98-cr-056 |
| | : | |
| v. | : | |
| | : | |
| **PAUL LITTLES** | : | Judge Sylvia H. Rambo |

### O R D E R

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendant Paul Littles' motion for compassionate release is **GRANTED** and his sentence of imprisonment is **REDUCED** to time served. Littles shall be released to his state detainer.

If more than seven days are needed to ensure Littles' release, the parties shall immediately notify the court as to the reasons for the delay.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: September 26, 2022

1